OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

## NOTICE REGARDING PERSONAL INFORMATION

August 8, 2005

Richard A. Thorpe, Sr., Pro se

c/o 325 East 5th Street, Apt.11-N
Wilmington, DE 19801

RE: 05-cv-00572 Thorpe v. Newell et.al.
DOCUMENT TITLE:    Exhibit D to Verified Complaint, D.I. #2

On March 1, 2005, the United States District Court for the District of Delaware adopted an electronic filing system which makes documents submitted for filing available on the internet. The document identified above appears to contain the kind of personal information you may want to protect from public access on the internet, namely social security numbers and dates of birth. If you would like this personal information to be treated as confidential, you must file a "Motion to Seal" with the Court, giving your reasons for your privacy concerns.

If the Motion to Seal is granted, the Court will remove the electronic link to the document in question from the public docket and mark the entry "sealed". The Court may also require you to file another version of the document that does not contain the private information or that contains only limited personal information.

A copy of our detailed Notice Regarding Personal Information is provided for your reference.

/s/ Ronald B. Eberhard
Deputy Clerk

cc: CA 05-572

## NOTICE REGARDING PERSONAL INFORMATION

On March 1, 2005, the United States District Court for the District of Delaware adopted an electronic filing system which makes documents submitted for filing available on the internet. The Court, in its Administrative Procedures Governing Filing and Service by Electronic Means, has recognized that certain kinds of personal information should not be included on public filings except in limited fashion. For example: (1) the names of minor children should not be used, only their initials; (2) only the last four digits of a social security number should be used; (3) a full date of birth should not be used, only the year of birth need be given; (4) only the last four digits of any financial account should be included; and (5) in criminal cases, only the city and state of a personal address need be given. Caution should also be used when filing documents that contain the following: (1) personal identifying numbers, such as driver's license numbers; (2) medical records; (3) employment history; (4) individual financial information; (5) proprietary or trade secret information; (6) information regarding cooperation with the government; (7) victim information; and (8) national security information.

**It is not the responsibility of the Court to review each document and determine whether personal information has properly been protected. Every document submitted for filing will be docketed and made publicly accessible over the Court's electronic filing system.** If, after docketing, you determine that a document contains personal information that you want to treat as confidential, you must file a "Motion to Seal" with the Court, giving your reasons for your privacy concerns. If the Motion to Seal is granted, the Court will remove the electronic link to the document in question from the public docket and mark the entry "sealed". The Court may also require you to file another version of the document that does not contain the private information or that contains only limited personal information.

Peter T. Dalleo,
Clerk of Court