UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF DELAWARE

Richard A. Thorpe )
)
Ex relatione )
)
RICHARD A. THORPE, SR. )
In Propria Persona Sui Juris )
) Civil Action No. 05-572 SLR
Plaintiff, )
)
v. )
MICHAEL K. NEWELL, ESQUIRE, )
)
ANTOINETTE D. THORPE and )
)
MARK D. BUCKWORTH )
)
Defendants )
)

## MOTION TO SEAL

The Plaintiff hereby motions the Court to place the second page of Exhibit D – **Motion for Re-open** under seal because it contains confidential information – Social Security Numbers. Attached, you will find a copy for publication with the confidential information removed.

_____
Plaintiff, In Propria Persona Sui Juris
Richard A. Thorpe

Form 191
(Rev. 3/99)

# The Family Court of the State of Delaware

In and For ☐ New Castle ☐ Kent ☐ Sussex County

MOTION FOR **Re-open**

**Petitioner**
Name: Richard A. Thorpe, Sr
Address: 311 West 38th Street
City: Wilmington  State: DE  Zip: 19802
Attorney: Proper Person Sui Juris

**Respondent**
Name: Antoinette D Thorpe
Address: 291-S Harbor Drive
City: Claymont, DE
Attorney: Michael K. Newell

File No.
CPI No.

A PROCEEDING involving **Ancillary proceeding** having been filed heretofore in this Court, Movant hereby moves the Court for **Re-opening and set a'side** and, in support thereof, alleges the following facts: (Rule 60 (b)(1) Fam. Ct)

The Petitioner was not aware of the pre-trial conference scheduled for July 31, 2003 as indicated on the order issued by Judge Buckworth on August 4th, 2003 and received by the Petitioner on August 12, 2003. The Petition never received proper notice for the pre-trial conference; likewise he did not receive notice for the hearing scheduled for August 25, 2003. In addition the pre-trial stipulation was mailed on July 30, 2003, thus the petition did not have ample time to respond if he had know of the pre-trial conference. Furthermore the Petitioner declared Bankruptcy Chapter 7 on May 9th, 2003, hence there is an automatic stay (USC Title 11 Chap 3 Sec 362)

SWORN TO AND SUBSCRIBED before me this date,

8/15/03

Notary Public

Movant/Attorney

311
Address (if not stated above)

I, the movant, affirm that a true and correct copy of this Motion was placed in the U.S. Mail on this date, 8/15/03 and sent to the other party or attorney at the address listed on the petition, being Michael Newell Esq Market St # PO B 2207 Wilmington DE 19805, first class postage pre-paid.

SWORN TO AND SUBSCRIBED before me this date,

Notary Public

Movant/Attorney

## AFFIDAVIT FOR CERTIFICATE OF SERVICE

I, Richard A. Thorpe, Sr., hereby certify that two copies of the <u>MOTION TO SEAL</u> were served by first class mail on SEPTEMBER 9, 2005 upon the following personS:

| | | |
|---|---|---|
| Michael K. Newell | Mark D. Buckworth | Antoinette D. Thorpe |
| 1007 North Orange Street | 500 North King Street | 168 Liborio Drive |
| P. O. Box 2207 | Wilmington, DE 19801 | Middletown, DE 19709 |
| Wilmington, DE 19899 | | |

Dated: September 9, 2005

                                                Richard A. Thorpe, Sr.
                                                % 325 East 5th Street
                                                Apt. 11-N
                                                Wilmington, DE 19801

County of New Castle          )
                                     ) ss:
State of Delaware             )

Subscribed and affirmed before me this ___9___ day of ___September___, 2005, before me a notary public, personally appeared Richard A. Thorpe, known to me or proven to be the person whose name is subscribed to the within instrument, and acknowledged that he executed the same for the purposes therein contained.

In witness hereof, I hereunto set my hand and official seal.

_____
NOTARY

My Commission expires on

09/09/09