Form 191
(Rev. 3/99)

# The Family Court of the State of Delaware
In and For ☐ New Castle ☐ Kent ☐ Sussex County

MOTION FOR __Re-open__

**Petitioner**
Name: Richard A. Thorpe, Sr
Address: 311 West 38th Street
City/State/Zip: Wilmington, DE 19802
Attorney: Proper Person Sui Juris

**Respondent**
Name: Antoinette D Thorpe
Address: 291-5 Harbor Drive
City/State/Zip: Claymont, DE
Attorney: Michael F. Newell

File No.: 
CPI No.:

A PROCEEDING involving __Ancillary proceeding__ having been filed heretofore in this Court, Movant hereby moves the Court for __Re-opening and set a'side__ and, in support thereof, alleges the following facts: (Rule 60 (b)(1) Fam. Ct.)

The Petitioner was not aware of the pre-trial conference scheduled for July 31, 2003 as indicated on the order issued by Judge Buckworth on August 1th, 2003 and received by the Petitioner on August 12, 2003. The Petition never received proper notice for the Pre-trial conference; likewise he did not receive notice for the hearing scheduled for August 25, 2003. In addition the pre-trial stipulation was mailed on July 30, 2003; thus the petition did not have ample time to respond if he had know of the pre-trial conference. Furthermore the Petitioner declared Bankruptcy Chapter 7 on May 9th, 2003, hence there is an automatic stay (USC Title 11 Chap 3 Sec 362)

SWORN TO AND SUBSCRIBED before me this date, 9/15/05

Notary Public: [signature]

Movant/Attorney: Richard P. Thorpe
Address (if not stated above): 311

I, the movant, affirm that a true and correct copy of this Motion was placed in the U. S. Mail on this date, 9/15/05, and sent to the other party or attorney, at the address listed on the petition, being Michael Newell, Pro Morted St. at PO B 2207, Wilmington, DE 19899, first class postage pre-paid.

SWORN TO AND SUBSCRIBED before me this date,

Notary Public: [signature]
Movant/Attorney: [signature]