OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| Peter T. Dalleo<br>CLERK | LOCKBOX 18<br>844 KING STREET<br>U.S. COURTHOUSE<br>WILMINGTON, DELAWARE 19801<br>(302) 573-6170 |

August 23, 2006

Richard A. Thorpe, Sr.
c/o 325 East 5th Street,
Apt.11-N
Wilmington, DE 19801


RE: **Richard A. Thorpe, Sr., v. Esquire Michael K. Newell, et al.**
     Civ. No.: 05-572 SLR

Dear Mr. Thorpe:

   The Clerk's Office is currently in the process of preparing the above case for transfer to the National Archives and Records Administration (NARA). Pursuant to the enclosed Order of the Court, **counsel is asked to claim the sealed documents mentioned in the Order by September 6, 2006.** All sealed documents filed in subject case are identified in yellow on the attached partial docket sheet. A jointly filed document may be claimed by any attorney who signed/filed the document.

   *If counsel does not claim the documents that they filed by the above date*, the Clerk will **unseal** any sealed documents remaining and send them to the NARA in accordance with the Order.

   To claim your sealed documents kindly **send an E-MAIL to our specially designated court address at:**

   **returnsealeddocs@ded.uscourts.gov**

   Simply specify the documents that you are claiming by stating the case number and docket item number(s), along with your name and firm address. Please do not claim your documents via any form of docket entry in CM/ECF. Once we receive your e-mailed claim, we will prepare the documents for your retrieval and **contact you** when they are ready for pick-up. **An attorney or pro se party who is not a registered CM/ECF filer** may claim their sealed documents by mailing me at the Clerk's Office, Lock Box 18, 844 North King Street, Wilmington, DE 19801.

                                        Sincerely,
                                        By: /s/
                                        Peter T. Dalleo
                                        Clerk

Enc. Partial Docket Sheet