CLOSED, PaperDocuments

# U.S. District Court
## District of Delaware (Wilmington)
### CIVIL DOCKET FOR CASE #: 1:05-cv-00572-SLR
#### Internal Use Only

Thorpe v. Newell et al
Assigned to: Honorable Sue L. Robinson
Demand: $100,000
Cause: 42:1983 Civil Rights Act

Date Filed: 08/05/2005
Jury Demand: None
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**Richard A. Thorpe, Sr.**
*In Propria Persona Sui Juris*

represented by **Richard A. Thorpe, Sr.**
c/o 325 East 5th Street, Apt.11-N
Wilmington, DE 19801
PRO SE

V.

**Defendant**

**Esquire Michael K. Newell**

**Defendant**

**Antoinette D. Thorpe**

**Defendant**

**Hon. Mark D. Buckworth**
*Individually and in his Official Capacity Acting as Magistrate for the Family Court of New Castle County*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/05/2005 | 1 | MOTION for Leave to Proceed in forma pauperis - filed by Richard A. Thorpe, Sr. (els, ) (Entered: 08/08/2005) |
| 08/05/2005 | 2 | COMPLAINT filed pursuant to 42:1983 against Michael K. Newell, Antoinette D. Thorpe, Mark D. Buckworth - filed by Richard A. Thorpe, Sr. (Attachments: # 1 Exhibit A-C# (2) Exhibit D-H with SEALED Page 2 of Exhibit D (SEALED on 9/15/05) # 3 Civil Cover Sheet)(els, ) Additional attachment(s) added on 9/15/2005 (fmt, ). Modified on 9/15/2005 (fmt, ). (Entered: 08/08/2005) |
| 08/08/2005 | 3 | Letter to Richard A. Thorpe, Sr. from Deputy Clerk, U.S. District Court regarding Notice Regarding Personal Information re 2 Complaint, Exhibit D. (rbe, ) (Entered: 08/08/2005) |

| Date | # | Description |
|---|---|---|
| 08/17/2005 | | Case assigned to Judge Sue L. Robinson. Please include the initials of the Judge (SLR) after the case number on all documents filed. (rjb, ) (Entered: 08/17/2005) |
| 09/09/2005 | 4 | MEMORANDUM AND ORDER dismissing complaint as frivolous. Signed by Judge Sue L. Robinson on 9/9/05. (rld, ) (Entered: 09/09/2005) |
| 09/09/2005 | | CASE CLOSED (rld, ) (Entered: 09/09/2005) |
| 09/09/2005 | 5 | MOTION to Seal Document: page 2 of Exhibit D to 2 Complaint - filed by Richard A. Thorpe, Sr. (fmt, ) Modified on 9/13/2005 (fmt, ). Modified on 9/16/2005 (fmt, ). (Entered: 09/13/2005) |
| 09/09/2005 | | ***Case Reopened (fmt, ) (Entered: 09/15/2005) |
| 09/15/2005 | | SO ORDERED, re 5 MOTION to Seal Document: 2 Complaint filed by Richard A. Thorpe, Sr.. Signed by Judge Sue L. Robinson on 9/15/05. (fmt, ) (Entered: 09/15/2005) |
| 09/15/2005 | 6 | ==SEALED PAGE 2 OF EXHIBIT D TO 2 Complaint, by Richard A. Thorpe, Sr. (fmt, ) (Entered: 09/15/2005)== |
| 09/15/2005 | 7 | REDACTED VERSION of [6] Exhibit to a Document by Richard A. Thorpe, Sr. (fmt, ) (Entered: 09/15/2005) |
| 09/26/2005 | | CASE CLOSED (rld, ) (Entered: 09/26/2005) |
| 02/24/2006 | | ***Set Paper Documents Flag (rbe, ) (Entered: 02/24/2006) |